## Daniel J. Price, Appellant, v. Chicago Transit Authority, Appellee.

**Gen. No. 45,982.**

Irving G. Zazove, for appellant; Thomas C. Strachan, Jr., James O. Dwight, Michael A. Gerrard, and Bertram B. Moss, for appellee; Bertram B. Moss, and John A. Zvetina, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full. Opinion filed October 28, 1953; released for publication November 18, 1953.